IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SELECTRUCS OF HOUSTON, LLC<br>LIABILITY LITIGATION (No. VI)<br><br>    **Plaintiff**<br><br>    v.<br><br>HWC TRANSPORTATION, LLC<br>HERBERT WADE CARDEN, JR.<br>LAND & SEA FOREST PRODUCTS OF<br>PENNSYLVANIA CORPORATION,<br>AMIE KALAC, ESQUIRE and<br>BARRY FROST, ESQUIRE<br><br>    **Defendants** | : : : : : : : : : : : : : : : : : | CIVIL ACTION NO.<br>12 - 1305<br><br>JURY TRIAL DEMANDED |

**DEFENDANT HWC TRANSPORTATION LLC'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

  Defendant HWC Transportation LLC, a non-governmental corporate party in the above-captioned action, does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

                 **RAWLE & HENDERSON** LLP

          By:    */s/ Scott F. Griffith*
              Scott F. Griffith (PAB # 71796)
              The Widener Building
              One South Penn Square
              Philadelphia, PA  19107
              sgriffith@rawle.com
              215-575-4323
              215-563-2583
              Attorney for Defendant,
              HWC Transportation, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 upon all counsel of record via the Court's Electronic Case Filing system on this date.

                                                **RAWLE & HENDERSON** LLP

By:       /s/ Scott F. Griffith
           Scott F. Griffith (PAB # 71796)
           The Widener Building
           One South Penn Square
           Philadelphia, PA  19107
           sgriffith@rawle.com
           215-575-4323
           215-563-2583
           Attorney for Defendant,
           HWC Transportation, LLC

Date:  4/10/12