IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SELECTRUCS OF HOUSTON, LLC     :
LIABILITY LITIGATION (No. VI)     :
     :
     **Plaintiff**     :
     :
     v.     :     CIVIL ACTION NO.
     :     12 - 1305
     :
HWC TRANSPORTATION, LLC     :     JURY TRIAL DEMANDED
HERBERT WADE CARDEN, JR.     :
LAND & SEA FOREST PRODUCTS OF     :
PENNSYLVANIA CORPORATION,     :
AMIE KALAC, ESQUIRE and     :
BARRY FROST, ESQUIRE     :
     :
     **Defendants**     :

## DEFENDANT HERBERT WADE CARDEN, JR.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Defendant Herbert Wade Carden, Jr., a non-governmental corporate party in the above-captioned action, does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

RAWLE & HENDERSON LLP

By:       _/s/ Scott F. Griffith_
       Scott F. Griffith (PAB # 71796)
       The Widener Building
       One South Penn Square
       Philadelphia, PA  19107
       sgriffith@rawle.com
       215-575-4323
       215-563-2583
       Attorney for Defendant,
       Herbert Wade Carden, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1 upon all counsel of record via the Court's Electronic Case

Filing system on this date.

**RAWLE & HENDERSON LLP**

By: _____ */s/ Scott F. Griffith* _____
Scott F. Griffith (PAB # 71796)
The Widener Building
One South Penn Square
Philadelphia, PA  19107
sgriffith@rawle.com
215-575-4323
215-563-2583
Attorney for Defendant,
Herbert Wade Carden, Jr.

Date:   4/10/12

5392038-1