IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SELECTRUCKS OF HOUSTON, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. NO.: 12-1305 |
| HWC TRANSPORTATION, LLC, et al. | : |
| Defendants. | : |

## CONSENT JUDGMENT

It is hereby **ORDERED** that **JUDGMENT IS ENTERED** in favor of plaintiff SelecTrucks of Houston, LLC and against defendants HWC Transportation, LLC, Land & Sea Forest Products of Pennsylvania Corporation and Herbert Wade Carden, Jr., jointly and severally, in the amount of **$440,000.00**.

Dated: _____, 2012

BY THE COURT:

_____
The Honorable Berle M. Schiller

THE UNDERSIGNED, ON BEHALF OF AND AS COUNSEL FOR THE RESPECTIVE PARTIES, AND PURSUANT TO THE PARTIES' SETTLEMENT AGREEMENT, HEREBY CONSENT TO THE FORM AND ENTRY OF THIS ORDER

| **RAWLE & HENDERSON LLP** | **DILWORTH PAXSON LLP** |
|---|---|
| /s/ Scott F. Griffith | /s/ John B. Consevage |
| Scott F. Griffith, Esquire | John B. Consevage, Esquire |
| (Pa. Id. No. 71796) | (Pa. Id. No. 36593) |
| | Matthew Faranda-Diedrich, Esquire |
| | (Pa. Id. No. 203541) |
| *Attorneys for Defendants HWC Transportation, LLC, Land & Sea, and Herbert Wade Carden, Jr.* | *Attorneys for Plaintiff, SelecTrucks of Houston, LLC* |

10202965_1